E. JOSEPH CONNAUGHTON (SBN 166765)
jconnaughton@paulplevin.com
JENNIFER M. FONTAINE (SBN 258901)
jfontaine@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants Belfor USA Group,
Inc.; Belfor Environmental, Inc.; Oakwood
Construction and Restoration Services, Inc.; 1
800 Water Damage North America, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RICHARD RODRIGUEZ, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BELFOR USA GROUP, INC., a Colorado corporation; BELFOR ENVIRONMENTAL, INC. a Colorado corporation; OAKWOOD CONSTRUCTION AND RESTORATION SERVICES, INC. a California corporation; 1 800 WATER DAMAGE NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:22-cv-02071 VKD<br><br>**DECLARATION OF JENNIFER M. FONTAINE IN SUPPORT OF DEFENDANTS' PARTIAL MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND TO STRIKE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**<br><br>Date:          May 31, 2022<br>Time:          10:00 a.m.<br><br>Mag. Judge:   Hon. Virginia K. DeMarchi<br>Crtrm.:          2<br><br>Trial Date:    Not Set |

I, Jennifer M. Fontaine, declare as follows:

1.      I am an associate in Paul, Plevin, Sullivan & Connaughton LLP, attorneys of record for Defendants BELFOR USA Group, Inc., Belfor Environmental, Inc., Oakwood Construction and Restoration Services, Inc. and 1 800 Water Damage North America, LLC in the above-entitled matter, and am licensed to practice before this Court. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

1                                    Case No. 5:22-cv-02071 VKD

2.      Attached as Exhibit A to the concurrently filed Request for Judicial Notice is the Order and Judgment Granting Plaintiff's Motion for Final Approval of Class Action Settlement, dated January 29, 2020, in *Sotelo v. BELFOR USA Group, Inc. et al.*, Case No. BC 688895, Los Angeles Superior Court.

3.      Attached as Exhibit B to the concurrently filed Request for Judicial Notice is the First Amended Class Action & Representative Action Complaint, filed June 8, 2018, in *Sotelo v. BELFOR USA Group, Inc. et al.*, Case No. BC 688895, Los Angeles Superior Court

4.      Attached as Exhibit C to the concurrently filed Request for Judicial Notice is the Declaration of Kane Moon in support of Plaintiff's Motion for Final Approval of Class Action Settlement, filed January 2, 2020, in *Sotelo v. BELFOR USA Group, Inc. et al.*, Case No. BC 688895, Los Angeles Superior Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of April, 2022, at San Diego, California.


*/s/ Jennifer M. Fontaine*
Jennifer M. Fontaine

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

2                                    Case No. 5:22-cv-02071 VKD
DECLARATION OF JENNIFER M. FONTAINE ISO DEFENDANTS' PARTIAL MOTION TO DISMISS AND
MOTION TO STRIKE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND 12(f)